IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

NELLIE J. RAINS                                                                                    PLAINTIFF

v.                                           CIVIL NO. 05-3045

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                                        DEFENDANT

**O R D E R**

On this 5th day of October, 2006, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § Stites Jones, United States Magistrate Judge for the Western District of Arkansas, on September 13, 2006, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $1,745.20, representing 13.85 hours of work at a rate of $125.00 and $13.95 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE